UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:23-cr-38-TNM |
| **TODD TILLEY** | |

**GOVERNMENT'S OPPOSITION TO**
**PETITION TO MODIFY TERMS OF PROBATION**

The United States, through undersigned counsel, respectfully opposes the petition to modify the defendant's terms of probation (ECF 41), which seeks to convert the Court-imposed condition of 7 days' intermittent confinement to 7 days' home detention with location monitoring due to "limited availability due to space restrictions" at the Residential Reentry Center closest to the defendant's home.

In sentencing the defendant to a 48-month term or probation, with a specific requirement of that probation that the defendant serve 7 days of intermittent confinement, the Court considered and rejected the defendant's request for home confinement. The Court also considered the defendant's health status, including the medical issue he faced in 2022, and nevertheless determined that some period of non-home confinement was appropriate.

The government appreciates that certain BOP facilities, including residential reentry centers, may be at, near, or even over capacity at times. However, the government believes that space can be found in some facility somewhere for the defendant to serve his 7 days of confinement at some point in the next 39 months, even if the closest half-way house is currently full.

Accordingly, the government respectfully requests that the petition be denied.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8604
douglas.brasher@usdoj.gov